PIERCE, Respondent, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appel-

late Division, Third Department. May 21, 1909.) Action by Jabez C. Pierce against the Supreme Tent of the Knights of the Maccabees of the World. No opinion. Judgment reversed on law and facts, and new trial granted, with costs to appellant to abide event, upon authority of Mock v. Supreme Council, 121 App. Div. 474, 106 N. Y. Supp. 155, and of Wright v. Maccabees, 122 App. Div. 904, 106 N. Y. Supp. 1150.